IN THE Southern District of Texas COURT OF ~~HARRIS COUNTY EBONI~~ ENB

EBONI NICOLE BALDWIN (PRO SE)., Plaintiff

V.

HARRIS COUNTY SHERRIF DEPARTMENT; LATOISHA DORSEY; Defendant

## COMPLAINT FOR MALICIOUS PROSECUTION AND FALSE ARREST

1. On or about the 27TH day of SEPTEMBER 2014, defendant, maliciously, and without probable cause therefor, caused the plaintiff to be arrested under a false arrest and charged with Driving While Intoxicated (DWI) and Possession of a Control Substance (PCI) as the plaintiff was en route to the hospital for Post-Traumatic Stress Disorder (PTSD) complications from prescribed medication given to her by Veteran Affairs (VA) Medical Doctors. The Plaintiff pleaded with the defendant to take her to the hospital because she felt like she was dying and explaining to the plaintiff she had PTSD and was having complications on her way to the hospital. The defendant refused the plaintiff medical attention and a sobriety test, telling the plaintiff she was being arrested and going to jail after aggressively snatching the plaintiff from her car. The defendant proceeded to illegally search the plaintiff's car and although she found the medication prescribed to the plaintiff, which previously the plaintiff told the defendant she was having PTSD complications from, the defendant arrested the plaintiff while passed out in her car, falsely arresting the plaintiff under malicious prosecution. Months after the arrest, the plaintiff went into extreme hardship, losing her job, being hospitalized for PTSD, missing business opportunities (due to case pending) and going bankrupt due to reputation damages and emotional distress from the defendants malicious prosecution and false arrest.

2. Before the commencement of this action, this charge was judicially investigated, the prosecution ended, and the plaintiff discharged.

Wherefore plaintiff demands judgment against defendant in the sum of Two Hundred and Ten Thousand dollars and costs.

[Signed]: *Eboni Baldwin*
EBONI NICOLE BALDWIN [PRO SE]
Address:   25818 CELTIC TERRACE DR.
           KATY, TX 77494
           (832) 235 – 3097
           baldwindreams@gmail.com

## NOTES

See *Sears, Roebuck & Co. v. Alexander*, 252 Ala. 122, 39 So.2d 570 (1949) and

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/Plaintiff  Eboni N. Baldwin

In the (check one):
_____ (Court Number)
- [x] District Court
- [ ] County Court at Law
- [ ] Justice of the Peace

Respondent/Defendant  Harris County Sheriff Department; Latoisha Dorsey   Harris (County) County, Texas

## Affidavit of Indigency
*(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is  Eboni Nicole Baldwin    My phone number is (832) 235-3097
"My mailing address is  25818 Celtic Terrace Drive. Katy, TX 77494
"My email address is  baldwindreams@gmail.com

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:
- [ ] SSI  [ ] WIC  [ ] Food Stamps/SNAP  [ ] TANF  [ ] Medicaid  [ ] CHIP  [ ] AABD
- [ ] Needs-based VA Pension  [ ] County Assistance, County Health Care, or General Assistance (GA)
- [ ] LIS in Medicare ("Extra Help")  [ ] Community Care via DADS  [ ] Low-Income Energy Assistance
- [ ] Emergency Assistance  [ ] Child Care Assistance under Child Care and Development Block Grant
- [ ] Public Housing  [ ] Other: *(Describe)* _____

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
- [x] Unemployed since: *(date)* November 4, 2014  -or-
- [ ] Wages: I work as a _____ for _____
      *Your job title*        *Your employer*
- [ ] Child/spousal support  [ ] My spouse's income or income from another member of my household *(if available)*
- [ ] Tips, bonuses  [ ] Military Housing  [ ] Worker's Comp  [x] Disability  [ ] Unemployment  [ ] Social Security
- [ ] Retirement/Pension  [ ] Dividends, interest, royalties  [ ] 2nd job or other income: _____ *(describe)*

④ "My **income amounts** are stated below.
(a) My monthly net income *after taxes* are taken out is:    Total income *after taxes* →  $ 0
(b) The amount I receive each month in public benefits is:    Total amount received →  + $ 0
(c) The amount of income from other people in my household is:*    Total amount received →  + $ 650
(d) The amount I receive each month from other sources is:    Total amount received →  + $ 3688
(e) My TOTAL monthly income is    Add all sources of income above →  = $ 4348
*List this income only if other members contribute to your household income.

Page 1 of 2

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | N | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

⑥ "My **property** includes:   Value*

Cash   $ 0

Bank accounts, other financial assets (List)
$ 0
$ 0
$ 0

Vehicles (cars, boats) (List make and year)
$ 0
$ 0
$ 0
$ 0

Real estate (house or land) (Do not list the house you live in.)
$ 0
$ 0

Other property (like jewelry, stocks, etc.) (Describe)
$ 0
$ 0

Total value of property → = $ 0

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are:   Amount

Rent/house payments/maintenance   $ 1428
Food and household supplies   $ 100
Utilities and telephone   $ 100
Clothing and laundry   $ 0
Medical and dental expenses   $ 0
Insurance (life, health, auto, etc)   $ 0
School and child care   $ 0
Vehicle payments   $ 0
Gas, bus fare, auto repair   $ 0
Child / spousal support   $ 0
Wages withheld by court order   $ 0
Debt payments   $ 0
Other expenses (Describe)   $ 800
Rental property   $ 1200
Bankruptcy fees   $ 571

Total monthly Expenses → = $ 4000

⑧ "My **debts** include: List debt and amount owed. PeopleFund $3,200.00 owed.

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page. ☐

⑨ "I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."

⑩ Your Signature. You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.

► *Eboni Baldwin*    27 September 2016
Your Signature    Date

State of Texas
County of Harris
Print the name of county where this Affidavit is notarized.

Sworn to and subscribed before me today, 9/27/2016, by Eboni Nicole Baldwin
Date    Print name of person who is signing this Affidavit. NOT the notary's name.

► *Adan Nevarez*
Notary's Signature



ADAN NEVAREZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-24-20
Notary ID # 13055346-2

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____   COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Eboni N. Baldwin<br><br>Address:<br>25818 Celtic Terrace Drive<br><br>City/State/Zip:<br>Katy, TX 77494<br><br>Signature: | Email:<br>baldwindreams@gmail.com<br><br>Telephone:<br>832-235-3097<br><br>Fax:<br><br>State Bar No: | Plaintiff(s)/Petitioner(s):<br>EBONI N. BALDWIN [PRO SE]<br><br>Defendant(s)/Respondent(s):<br>Harris County Sheriff Department; Latoisha Dorsey<br><br>[Attach additional page as necessary to list all parties] | ☐ Attorney for Plaintiff/Petitioner<br>☒ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract: _____<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: _____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability: _____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product: _____<br>☐ Other Injury or Damage: _____ | ☐ Eminent Domain/Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property: _____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: _____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Paternity/Parentage<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: _____ |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: _____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☒ Other: _____ | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

4. Indicate damages sought *(do not select if it is a family law case)*:
☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100,000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000